UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER W. CHICK,<br><br>              Plaintiff,<br><br>  -vs-<br><br>DAPHNE K. CHICK,<br><br>              Defendant, | NO.   CV-11-0157-WFN<br><br>ORDER DISMISSING<br>PLAINTIFF'S ACTION<br>WITHOUT PREJUDICE |

      Plaintiff, proceeding *in forma pauperis,* previously filed a *pro se* Complaint (ECF No 5). Under 28 U.S.C. § 1915, district courts are required to screen *pro se* complaints for legal and factual sufficiency. The Court conducted the required screening and on September 1, 2011, determined that Plaintiff's Complaint failed to comply with Rule 8(a) of the Federal Rules of Civil Procedure. Plaintiff was ordered to file an amended complaint within 30 days of the September 1, 2011, Order. Plaintiff was warned that failure to do so would result in the dismissal of his Complaint without prejudice. Plaintiff was also notified that he could move the Court for an extension of time to file his amended complaint and the Court would grant an extension for good cause.

      More than 30 days have passed since the Court's September 1, 2011, Order. Plaintiff has failed to respond. Accordingly,

      **IT IS ORDERED** that Plaintiff's action is **DISMISSED** without prejudice.

      The District Court Executive is directed to file this Order, enter judgment accordingly, provide copies to Plaintiff, and **CLOSE THIS FILE.**

      **DATED** this 3rd day of October, 2011.

                                                                     s/ Wm. Fremming Nielsen
                                                                    WM. FREMMING NIELSEN

10-03-11                                                   SENIOR UNITED STATES DISTRICT JUDGE

ORDER