AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHRISTOPHER W. CHICK,

                 Plaintiff,

                                       JUDGMENT IN A CIVIL CASE

                 v.

DAPHNE K. CHICK,

                                       CASE NUMBER: CV-11-0157-WFN

                 Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's action is DISMISSED without prejudice.

10/03/2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pam Howard
*(By) Deputy Clerk*
Pam Howard